# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TRAVIS D. JOSEPH, SR.

NO. 2020 KW 1274

FEB 1 8 2021

---

In Re:     Travis D. Joseph, Sr., applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 16-CR-000034.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of documents that would assist with addressing his complaint including the motion to suppress, the search warrant, and the affidavit in support thereof. For that reason, the writ application is denied on the showing made. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before April 15, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JEW**

**Chutz, J.,** concurs and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_a.S~_

---
DEPUTY CLERK OF COURT
FOR THE COURT